**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 81 EAL 2018

            Respondent          :

                                     :   Petition for Allowance of Appeal from
                                     :   the Order of the Superior Court

            v.                     :

                                     :

ERIC RIDDICK,                   :

            Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 24th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.